# Exhibit "A"



+1 (855) 222-4601

info@shipmonk.com

# Service Agreement



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640



+1 (855) 222-4601
info@shipmonk.com

## FULFILLMENT SERVICES AGREEMENT (U.S.)

THIS FULFILLMENT SERVICES AGREEMENT ("Agreement"), dated as of _7/14/2021_ ("Effective Date"), is entered into by and between BEDABOX, LLC, a Florida Limited Liability Company doing business as ShipMonk ("ShipMonk") , and _____The Taste of Ink,____ ("Company")

("Company," together with ShipMonk, the "Parties," and each a "Party").

## RECITALS

WHEREAS, the Company is in the business of selling and/or manufacturing certain products; and

WHEREAS, ShipMonk provides to various retailers and manufacturers order fulfillment services, pursuant to which ShipMonk provides storage, packing and shipping products to the Company's customers; and

WHEREAS, Company desires to retain ShipMonk's services, and ShipMonk desires to provide services to Company, subject to the terms and conditions of this Agreement; and

NOW, THEREFORE, in consideration of the mutual covenants, terms and conditions set out herein, and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the Parties agree as follows:

### 1.  APPOINTMENT

The Company hereby engages ShipMonk to provide, and ShipMonk hereby agrees, upon the terms and subject to the conditions set forth in this Agreement, to provide the Services (as defined below) to the Company for the duration of the Term and the Renewal Term described in Section 2. During the Term, and any Renewal Terms, the conduct of the Parties shall be subject to the terms and conditions of this Agreement.

### 2. TERM

The term of this Agreement commences on the Effective Date and continues for the initial period of one (1) year, unless and until earlier terminated as provided under this Agreement or applicable law

CA                                    FL                                    PA

3524 N Mike Daley Dr.                 201 NW 22nd Ave., Unit 100            285 Centerpoint Blvd
San Bernardino, CA 92407             Fort Lauderdale, FL 33311             Pittston, PA, 18640



("Term"). On expiration of the Term, this Agreement automatically renews for additional successive one (1) year term unless and until either Party provides written Notice of termination at least ninety (90) days before the end of the then-current term, or unless and until earlier terminated as provided under this Agreement or applicable Law (each a "Renewal Term"). If the Term is renewed for any Renewal Term(s) pursuant to this Section, the terms and conditions of this Agreement, and any Exhibits attached hereto, during each such Renewal Term are the same as the terms in effect immediately prior to such renewal.

## 3. SHIPMONK SERVICES

**3.1 Services.** ShipMonk shall provide the following services to the Company (collectively, the "Services"):

A. Receive shipments from the Company of the Product
A. Provide storage facilities for the Inventory in ShipMonk's warehousing facilities ("Warehouse")
B. Upon notification by the Company of a purchase of Products by a customer, ShipMonk will pick and package the Products from the available Inventory, and ship such Products directly to the customer ("End-User").
C. ShipMonk will use appropriate packaging material (i.e. bubble wrap, boxes with void fill, etc.) at its discretion.
D. Upon request by the Company, ShipMonk will include a Company packing slip, and/or other Company marketing materials concerning the Product, to be provided by Company.
E. ShipMonk will process, package and ship all Product orders in accordance with ShipMonk Policies.
F. ShipMonk will maintain monthly ledger summaries of all orders shipped and received, which shall be made available to the Company through ShipMonk billing.
G. ShipMonk will facilitate any Product returns from the End-User to the Company using Optoro. Terms of services for this third-party service can be found at shipmonk.com/optoro-terms
H. In addition to the above described Services, ShipMonk shall perform any additional services, including special projects, that the Company desires ShipMonk to perform, as more fully described on the attached Exhibit A, to be amended from time to time as agreed upon by the Parties.



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640




**3.2 Service Level Agreement** ShipMonk's current Service Level Agreement can be found at www.shipmonk.com/service-level-agreement.

ShipMonk will limit its liability up to $10/unit for full cartons that are missing after they were received and accounted for in our system. A valid purchase order and proof of payment must be provided before any credit is issued.

**3.3 Order Timelines** ShipMonk shall make every effort to fulfill 95% of Standard (non-express methods) ecommerce (less than 10 units) orders 'Submitted for Fulfillment' in the ShipMonk app before 6:00AM local time and 98% of Express (Guaranteed 2-Day and Overnight methods) ecommerce orders submitted before 1:00PM local time ("Cutoff Time") within the same business day, provided at Cutoff Time there is no SKU discrepancy that prevents the order from being processed.

Orders submitted on Friday after the Cutoff Time and throughout the weekend will be shipped on the following Monday.

Delayed shipments will be evaluated on a monthly basis and the number of orders that exceed the designated allowance will be credited the average pick & pack fees.

**3.4 Exceptions to Order Timelines** To maintain this SLA, Company must inform ShipMonk prior to any major announcements increasing order volumes, including announcements of new merchandise, promotional offers, etc.

Notices based on a 14-day non-peak rolling average:
- Spikes up to 10%: no notice required
- Spikes between 10% - 30%: five business day notice required
- Spikes greater than 30% are not guaranteed and are subject to a custom timeline

The order timeline SLA will remain in full force and effect with the exception of Federal Holidays and peak season (defined as Thanksgiving through Christmas) or reasons beyond the control of ShipMonk (e.g. Acts of God: flood, hurricane, fire, power outage).



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640



+1 (855) 222-4601
info@shipmonk.com

## 4. COMPENSATION AND REIMBURSEMENT FOR SERVICES

**4.1 Pay as You Go Payments & Invoicing.** ShipMonk utilizes a "Pay As You Go" model for the payment of Services. Company will load funds into their account and fees are deducted as incurred by Company. Invoice for Services are generated at the end of each 2-week billing period and shall serve as a receipt for the Company.

**4.2 Product Invoicing.** Any and all fees due for the cost of the Product shall be paid directly by the End-User to the Company. Under no circumstances shall ShipMonk accept, receive or otherwise be held responsible for payments from an End-User made in exchange for the Product.

**4.3 Late Payment Fee.** █████████████████████████████

**4.4 Options & Ways to Pay.** ShipMonk provides the Company with a convenience to pay for their invoices online through the Company's account using the following payment methods: Bank Transfer & ACH transfer (Free), Credit Card (3% convenience fee), PayPal (4% convenience fee), or a wire transfer (Free within the U.S.). ShipMonk is using a 3rd party payment processing company Stripe. ShipMonk does not store any payment information on its own servers; all of Company's payment information is stored with Stripe. If Company's invoice remains unpaid for more than 45 days from the issue date, Company agrees that ShipMonk shall have the right to auto-charge any payment method that has been used in the past.

**4.5 Auto-Pay.** Company has the option to agree to  opt-in for "auto-pay" service, which will automatically charge the saved payment method on file in order to replenish the Company Pay as You Go account balance. Using the auto-pay service will prevent orders from being delayed in processing due to insufficient balances under the Pay as You Go payment system.



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640



+1 (855) 222-4601
info@shipmonk.com

## 5.   TITLE, RISK OF LOSS AND INSURANCE

**5.1 Title.** Company hereby agrees that at no time during the period that Products are held by ShipMonk as Inventory in the Warehouse will ShipMonk hold title, or any other rights of ownership in the Inventory. Title in Inventory will continue to be held by Company until such time as the Products are delivered to the End-User.

**5.2 Risk of Loss**. Company hereby agrees that at no time during the period that Products are held by ShipMonk as Inventory in the Warehouse will ShipMonk carry the risk of loss in the Inventory. Risk of Loss in Inventory will continue to be held by Company until such time as the Products are delivered to the End-User.  ShipMonk shall exercise commercially reasonable standards of care for all of Company's Products in its possession but specifically disclaims liability of loss except for instances of Gross Negligence by ShipMonk.

**5.3 Insurance.** COMPANY HEREBY AGREES THAT IT IS COMPANY'S RESPONSIBILITY, AT ALL TIMES, TO MAINTAIN AN INSURANCE POLICY THAT COVERS THE COST OF THE PRODUCTS HELD IN INVENTORY. Company has the option of adding the Warehouse as a designated storage location to Company's general inventory policy.  If requested by Company, ShipMonk shall allow premises inspection in order to assist Company in obtaining coverage.

**5.4 No Insurance.** Company can choose not to insure its inventory. In this event, ShipMonk will, under no circumstances, be liable for any loss or damage to the inventory stored at ShipMonk facilities. These events include, but are not limited to, theft, misuse, fire, natural disaster or any other event.

## 6. COMPANY'S ACCOUNT

**6.1  Services Available Through the Account.** Subject to Company's compliance with this Agreement, ShipMonk shall perform the Services described in this Agreement as selected and authorized by Company in the Account, and described on <u>Exhibit A</u> attached hereto. Company may order Services through the Account ("<u>ShipMonk Services Orders</u>"). All ShipMonk Services Orders are deemed incorporated into, and governed by, this Agreement. By using the Services, Company acknowledges and agrees that ShipMonk operates as a third-party



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640



warehouse and broker of shipping services; accepting shipments from, and making shipments to, third parties. ShipMonk is an independent contractor for all purposes, and only acts as the agent of Company with respect to ShipMonk's custody of the Products in its Inventory.

**6.2  Account Balances.**



**6.3  ShipMonk Services Estimates.**

**6.4 Pricing Changes & Currency Fluctuations.**

3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640



+1 (855) 222-4601
info@shipmonk.com



**6.5 Usage Fee Disputes.** Should Company disagree with any Usage Fees (other than carrier or third-party fees) invoiced or charged against the Account, Company must submit written notice to ShipMonk within 30 days of the fee being charged ("Dispute Period"). ShipMonk will not review customer requests for Usage Fee adjustments that are received after the Dispute Period.

**6.6 Account Balance Disputes**. If ShipMonk becomes aware of, or is notified of, a dispute relating to the Account Balance, then ShipMonk will promptly review the dispute. Within five business days after the resolution of the dispute, ShipMonk will forward a bill for outstanding amounts due, or will credit the Account Balance accordingly, if appropriate.

**6.7 Abandoned Account and Liquidation.** If Company's Usage Fees or 3rd Party Fees (or other charges, expenses, costs and fees owed to ShipMonk) remain unpaid for a period greater than 30 days, ShipMonk has the right, at its sole and absolute discretion, to terminate this Agreement, suspend its performance, and/or reclassify Company's Account as an "Abandoned Account." Additionally, any Account that remains unpaid for greater than 60 days will automatically be deemed an Abandoned Account. To the fullest extent permitted by law, upon an Account becoming an Abandoned Account (a) Company will forfeit all rights to ownership of the Account balance and inventory; (b) such inventory will be free and clear of liability and Company will assume any liability for such inventory; (c) such inventory will become immediately and irrevocably unavailable to Company; and (c) ShipMonk may, at its sole and absolute discretion, enforce its general warehouse lien and/or foreclose its security interest. ShipMonk may

CA                                    FL                                    PA

3524 N Mike Daley Dr.                 201 NW 22nd Ave., Unit 100            285 Centerpoint Blvd
San Bernardino, CA 92407              Fort Lauderdale, FL 33311             Pittston, PA, 18640




also exercise any and all other rights as provided by law. The net proceeds of any sale will be applied to monies owing by Company to ShipMonk. ShipMonk will not be liable for any deficiencies or reduction in value received on the sale of any inventory nor will Company be relieved from liability merely because inventory has been sold.

**6.8 Termination of the Account.** Upon termination of this Agreement, the Account will be inaccessible to Company, and all activities will be suspended. ShipMonk reserves the right to cease shipping orders for a number reasons, including but not limited to the following:

    A.  Account Balance remaining unpaid within 30 days of receipt of invoice;

    B.  if anyone using the Account uses abusive language or otherwise threatens ShipMonk or its staff;

    C.  to allow time to resolve or investigate a third party complaint of a violation of this Agreement;

    D.  to allow time for investigation or resolution of an unauthorized transaction, customer complaint, dispute or accusation; and

    E.  to allow time to pick all inventory for the close out order.

**6.9 Termination for Breach.** Either party may terminate this Agreement upon thirty (30) days' notice to the other party in the event of a breach by the other party of any provision of this Agreement if the breaching party fails to cure such breach during the 30 day period; *provided*, that ShipMonk may terminate this Agreement immediately upon notice to Client for fraudulent, abusive or illegal activity. Upon the expiration of the 30 day cure period, a 30 day wind down of the Company Account shall commence ("Termination Notice Period"). Company shall have full use of the Account during the Termination Notice Period for the sole purpose of winding down its use of the account in a commercially reasonable manner. Any Product inventory that remains in ShipMonk's inventory at the expiration of the Termination Notice Period will be shipped to Company at the address on file and, if address is not on file, the billing address on Company's credit card, at Company's expense. If no address is available or no balance is available to pay for shipment back to the Company, ShipMonk will liquidate the Product inventory in accordance with an Abandoned Account.

In the event ShipMonk breaches the obligations of this agreement at any time during the Term, Company must notify ShipMonk in writing. If ShipMonk fails to cure within sixty (60) days following receipt of notice, excluding peak periods as defined in Section 3.4, Company



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640




+1 (855) 222-4601
info@shipmonk.com

shall, within ten (10) days following the cure period be permitted to cancel this agreement. Damages are not applicable if ShipMonk terminates this agreement due to failure to perform or breach of contract by Company.

**6.10 Additional Actions.** If Company is in breach of any of the terms of this Agreement, ShipMonk may close, put on hold, or limit access to the Account or the Services. Without limiting any of the remedies under law or equity, ShipMonk may also take any additionally available legal actions

**6.11 Closing Accounts.** Company may close the Account for any reason, upon giving ShipMonk ninety (90) days prior written notice. If the account is closed prior to the expiration of the term as defined in section 2.1, Company will be responsible for all monthly minimum charges in Exhibit A for all remaining months of the current term. Merchandise will be returned subject to Company paying ShipMonk's standard pick and pack rates.

**6.12 Warehouse Lien & Security Agreement.** Company agrees and acknowledges that ShipMonk has, and shall maintain, a general warehouseman's lien against Company's inventory in ShipMonk's possession or control, regardless of whether a specific receipt is issued by ShipMonk to cover all charges, expenses, costs and fees set forth in this Agreement, including for charges, expenses, costs and fees incurred by Company for inventory which has already been delivered by ShipMonk. Company also grants to ShipMonk a security interest in Company's inventory in ShipMonk's possession to cover all charges, expenses, costs and fees set forth in this Agreement as relates to such inventory. Company shall be responsible for all reasonable costs incurred by ShipMonk in enforcing its lien rights and its rights as a secured creditor, including, but not limited to, reasonable attorney fees. Company agrees to execute all agreements and documents as may be reasonably requested by ShipMonk relating to ShipMonk's lien rights and security interest.

## 7. SHIPMONK INTELLECTUAL PROPERTY RIGHTS

**7.1 ShipMonk Property.** For purposes of this Agreement, "ShipMonk Property" shall mean (a) ShipMonk's methodology for the provision of the Services; and (b) ShipMonk's Confidential Information. ShipMonk hereby retains all worldwide right, title and interest in and to the ShipMonk Property. Any rights not expressly granted herein to the



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640

DocuSign Envelope ID: 25E11499-B9C4-4153-951C-832E5D2356C2





+1 (855) 222-4601
info@shipmonk.com

ShipMonk Property shall be retained by ShipMonk. Company acknowledges that all right, title and interest to the ShipMonk Property is owned by ShipMonk.

**7.2 Additional Restrictions.** Other than as permitted herein, Company shall not (and shall not permit others), directly or indirectly, to modify, to translate, to decompile, to disassemble, or to reverse engineer any part of the ShipMonk Property, or otherwise to attempt to discern the functioning or operation of the website or the Services; or to copy, to rent, to lease, to distribute, or to otherwise transfer any of the rights Company receives hereunder. For clarity, all page headers, custom graphics, button icons, and scripts are service marks, trademarks, and/or trade dress of ShipMonk and Company shall not copy, imitate, or use them without ShipMonk's express prior written consent. Company may use HTML logos provided by ShipMonk through Services, auction tools features or affiliate programs without prior written consent solely for the purpose of directing web traffic to ShipMonk.com. Company shall not alter, modify or change such HTML logos in any way, use them in a manner that is disparaging or otherwise adverse to ShipMonk or the Services, or display them in any manner that implies ShipMonk's sponsorship or endorsement. Company shall not (and shall not permit others to): (i) use any robot, spider, scraper or other automated means to access ShipMonk's website or Services for any purpose without ShipMonk's express written permission, (ii) interfere or attempt to interfere with the proper working of ShipMonk's website or any activities conducted on the website, or (iii) bypass any measures ShipMonk may use to prevent or restrict access to ShipMonk's website or the Services.

**7.3 Client Property.** No Confidential Information obtained by ShipMonk from Company shall become ShipMonk Property. All materials provided by Company shall be deemed "Client Property" for purposes of this Agreement. Company grants ShipMonk a non-exclusive license to the Client Property solely as needed to provide the Services.

**7.4 Data Security.** The Services are currently provided from the United States. Registration Information, Account data, information and other data ("Data") is currently stored and processed in the United States. ShipMonk has implemented and will maintain appropriate physical, electronic, and managerial procedures intended to protect against the loss, misuse, unauthorized access, alteration or disclosure. These measures include encryption of Data during transmission of the Service and encryption of backups of Data and authentication credentials at rest. ShipMonk will promptly notify Company of any



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640

DocuSign Envelope ID: 25E11499-B9C4-4153-951C-832E5D2356C2




+1 (855) 222-4601
info@shipmonk.com

unauthorized Account access to, or use of, Data that comes to ShipMonk's attention. Company agrees to immediately notify ShipMonk of any suspected security breach at info@ShipMonk.com, followed by contacting ShipMonk customer support.

**7.5 Third Party Software**. Any third party software application Company uses on the ShipMonk website, to connect to the Services, or related to the Services ("Third Party Software") is solely subject to any third party software provider software licenses. ShipMonk does not own, control or have any responsibility or liability for any Third Party Software.

## 8. CONFIDENTIAL INFORMATION

**8.1 Scope.** From time to time during the Term, either Party ("Discloser") may disclose or make available to the other Party ("Recipient") Confidential Information, whether orally or in written, electronic or other form, whether or not marked, designated or otherwise identified as "confidential." For purposes of this Agreement, "Confidential Information" includes any information which, based on the nature of the information or circumstances surrounding its disclosure, the Recipient should in good faith treat as confidential, including all industrial and other intellectual property rights comprising or relating to:

    A. all patents (including all reissues, divisionals, provisionals, continuations and continuations-in-part, re-examinations, renewals, substitutions and extensions thereof), patent applications, and other patent rights and any other governmental authority-issued indicia of invention ownership (including inventor's certificates, petty patents and patent utility models);

    B. all rights in and to US and foreign trademarks, service marks, trade dress, trade names, brand names, logos, trade dress, corporate names and domain names and other similar designations of source, sponsorship, association or origin, together with the goodwill symbolized by any of the foregoing, in each case whether registered or unregistered and including all registrations and applications for, and renewals or extensions of, these rights and all similar or equivalent rights or forms of protection in any part of the world;

    C. all rights in and to internet domain names, registered by any authorized private registrar or another governmental authority, web addresses, web pages, website and URLs;



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640

DocuSign Envelope ID: 25E11499-B9C4-4153-951C-832E5D2356C2





+1 (855) 222-4601
info@shipmonk.com

D. all rights in and to works of authorship, expressions, designs and design registrations, whether or not copyrightable, including copyrights and copyrightable works, software and firmware, application programming interfaces, architecture, files, records, schematics, data, data files, and databases and other specifications and documentation

E. all inventions, discoveries, trade secrets, business and technical information and know-how, databases, data collections, patent disclosures and other confidential and proprietary information and all rights therein information about its business affairs, goods and services; third-party confidential information and other sensitive or proprietary information; and

F. all personally identifiable information relating to Company's End Users or employees ("Personal Data"), which shall also be subject to any data processing addendum entered into by the Parties relating to this Agreement (the "DPA").

**8.2 Exclusion.** Information that is subject to one of the following exclusions shall not be Confidential Information (provided that, Personal Data shall always be deemed confidential):

A. information that is or becomes generally available to and known by the public;

B. information that is or becomes available to the Recipient on a non-confidential basis from a third-party source;

C. information published or otherwise made known to the public by Discloser;

D. information that was generated independently without reference to the Discloser's Confidential Information; or

E. information that is required to be disclosed under a court order or pursuant to any applicable governmental rule, regulation or statute, provided that Recipient provide Discloser with prior written Notice of such disclosure, (as permitted by law) and the timing for response set forth in the request.

**8.3 Aggregate Use.** Subject to the terms and conditions of this Agreement, Company hereby acknowledges and agrees that ShipMonk may compile aggregate results from all of, or a selection of Company's use of the Services, provided that ShipMonk shall not disclose any information that would individually identify Company ("Aggregate Information"). Such Aggregate Information shall be deemed to be ShipMonk's Confidential Information. Company also hereby agrees that ShipMonk may review and use Company's individual use of the



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640





Services in order to provide Services to Company, to evaluate ShipMonk's provision of the Services, and to improve ShipMonk's service offerings.

## 9. INDEMNITY

**9.1 Indemnification**. Subject to the terms and conditions of this Agreement, Company shall indemnify, defend and hold harmless ShipMonk and its representatives/officers, directors, employees, agents, affiliates, successors and permitted assigns (collectively, "Indemnified Party") against any and all losses, damages, liabilities, deficiencies, claims, actions, judgments, settlements, interest, awards, penalties, fines, costs, or expenses of whatever kind, including attorneys' fees, fees and the costs of enforcing any right to indemnification under this Agreement and the cost of pursuing any insurance providers, incurred by Indemnified Party or End-User (collectively, "Losses"), arising out or resulting from any claim of a third party alleging:

    A. breach or non-fulfillment of any representation, warranty or covenant under/representation or warranty set forth in this Agreement by Company;

    B. any negligent or more culpable act or omission of Company (including any recklessness or willful misconduct) in connection with the performance of its obligations under this Agreement;

    C. any bodily injury, death of any person or damage to real or tangible personal property caused by the willful or grossly negligent acts or omissions of Company;

    D. the acts or omissions (including, without limitation, any negligence or willful misconduct) of any third party whether or not selected by or retained by ShipMonk;

    E. any failure by Company to substantially comply with an applicable Food and Drug Administration (FDA) or other governmental requirement; or

    F. any failure by Company to comply with any applicable state, federal or international laws.

## 10. DISCLAIMERS

**10.1 As Is.** ShipMonk's obligations under this agreement and the attached Exhibits (including the use of ShipMonk's technology) are provided on an "as is" and "as available" basis. ShipMonk expressly disclaims all



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640




+1 (855) 222-4601
info@shipmonk.com

warranties of any kind, whether expressed or implied, including, but not limited to, the implied warranties of merchantability, fitness for a particular purpose and non-infringement for the services, ShipMonk's website and any third-party services. the use of services, ShipMonk website, or third party services is at Company's risk.

**10.2 No Continuous Access.** ShipMonk does not guarantee continuous, uninterrupted or secure access to the Service. Operation of the Services may be interfered with by numerous factors outside of ShipMonk's control. However, ShipMonk will make reasonable efforts to process requests for receiving or shipping merchandise in a timely manner but ShipMonk makes no representations or warranties regarding the amount of time needed to complete processing because the Service is dependent upon many factors outside of its control.

## 11. LIMITATION ON SHIPMONK LIABILITY

**11.1 NO LIABILITY FOR CONSEQUENTIAL OR INDIRECT DAMAGES THIRD PARTY LIABILITY.** EXCEPT FOR LIABILITY FOR INDEMNIFICATION AND LIABILITY FOR BREACH OF CONFIDENTIALITY, NEITHER SHIPMONK NOR ITS REPRESENTATIVES IS LIABLE FOR ANY INDIRECT, INCIDENTAL, SPECIAL, CONSEQUENTIAL, EXEMPLARY, PUNITIVE OR ENHANCED DAMAGES, OR DAMAGES FOR LOSS, LOSS OF PROFITS, REVENUE, DATA OR USE, INCURRED BY COMPANY OR ANY THIRD PARTY, WHETHER IN AN ACTION IN CONTRACT OR TORT, ARISING OUT OF OR RELATING TO ANY BREACH OF THIS AGREEMENT, WHETHER OR NOT THE POSSIBILITY OF SUCH DAMAGES HAS BEEN DISCLOSED IN ADVANCE BY SHIPMONK/ OR COULD HAVE BEEN REASONABLY FORESEEN BY SHIPMONK, REGARDLESS OF THE LEGAL OR EQUITABLE THEORY (CONTRACT, TORT OR OTHERWISE) UPON WHICH THE CLAIM IS BASED, AND NOTWITHSTANDING THE FAILURE OF ANY AGREED OR OTHER REMEDY OF ITS ESSENTIAL PURPOSE. OTHER THAN AS SET FORTH BELOW, IN NO EVENT SHALL SHIPMONK'S LIABILITY UNDER THIS AGREEMENT EXCEED THE MONIES PAID OR PAYABLE BY COMPANY TO SHIPMONK EXCLUDING CARRIER FEES OR OTHER THIRD PARTY FEES ("DAMAGES CAP"). SHIPMONK MUST BE NOTIFIED WITHIN FIVE (5) DAYS AFTER ANY UNAUTHORIZED TRANSACTION OR COMPANY WAIVE ALL DAMAGES FROM SHIPMONK.

**11.2 EXCLUSIVE REMEDY.** THE PROVISIONS OF THIS AGREEMENT PROVIDE COMPANY'S EXCLUSIVE REMEDY AGAINST SHIPMONK FOR ANY CLAIM OR CAUSE OF ACTION WHATSOEVER RELATING TO LOSS, DAMAGE AND/OR DESTRUCTION OF INVENTORY AND SHALL APPLY TO ALL



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640

DocuSign Envelope ID: 25E11409-B9C4-4153-951C-832E5D2355C2




+1 (855) 222-4601
info@shipmonk.com

CLAIMS INCLUDING INVENTORY SHORTAGE AND MYSTERIOUS DISAPPEARANCE CLAIMS UNLESS PROVEN BY AFFIRMATIVE EVIDENCE THAT SHIPMONK CONVERTED THE INVENTORY TO ITS OWN USE. COMPANY HEREBY WAIVES ANY RIGHTS TO RELY UPON ANY PRESUMPTION OF CONVERSION IMPOSED BY LAW.

**11.3 INVENTORY COUNT INACCURACIES.** IN THE EVENT OF INVENTORY LOSS DUE TO INVENTORY COUNT INACCURACIES, INACCURATE INVENTORY COUNTS DURING RECEIVING OR INVENTORY COUNT INACCURACIES AT ANY TIME THAT SHIPMONK IS IN POSSESSION OF INVENTORY FOR WHICH THE CLAUSES ABOVE IS DETERMINED TO BE INAPPLICABLE AND SHIPMONK IS HELD LEGALLY LIABLE, COMPANY AGREES THAT IT WILL BE CONSIDERED AN "INVENTORY LOSS" AND SHIPMONK'S LIABILITY SHALL BE LIMITED AS STATED ABOVE. IN NO EVENT SHALL SHIPMONK BE LIABLE FOR ANY LOST SALES REVENUE FROM THE INVENTORY LOSS DUE TO INVENTORY COUNT INACCURACIES.

**11.4 PROJECTS.** IN THE EVENT OF A LOSS DUE TO A PROJECT DEFINED AS AN HOURLY OR PIECE WORK DONE ON EXPECTED OR HELD INVENTORY ("SPECIAL PROJECT"), COMPANY AGREES AND ACKNOWLEDGES THAT SHIPMONK'S LIABILITY SHALL BE LIMITED TO THE HOURLY CHARGE COMPANY PAID TO SHIPMONK FOR THE PROJECT.

## 12. GENERAL PROVISIONS.

**12.1 Entire Agreement.** This Agreement, including and together with any related Exhibits, invoices and ShipMonk Services Orders constitutes the sole and entire agreement of the Parties with respect to the subject matter contained herein and therein, and supersedes all prior and contemporaneous understandings, agreements, representations and warranties, both written and oral, regarding such subject matter.

**12.2 Severability.** If any provision of this Agreement is held invalid or unenforceable by a court of competent jurisdiction, such provision shall be modified to the extent necessary to make such provision valid and enforceable and the remaining provisions of this Agreement shall remain in effect and enforceable in accordance with their terms.

**12.3 No Waiver.** Failure or delay of ShipMonk to exercise a right or power under this Agreement shall not operate as a waiver thereof, nor shall



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640

DocuSign Envelope ID: 25E11409-B9C4-4153-951C-832E5D2356C2




+1 (855) 222-4601
info@shipmonk.com

any single or partial exercise of a right or power preclude any other future exercise thereof.

**12.4 Notices.** All notices, requests, consents, claims, demands, waivers and other communications under this Agreement (each, a "Notice") must be in writing and addressed to the other Party at its address designated from time to time. Unless otherwise agreed herein, all Notices to Company must be delivered by email listed in the Account, personal delivery, nationally recognized overnight courier or certified or registered mail to the address listed in the Account. Except as otherwise provided in this Agreement, a Notice is effective only (a) on receipt by the receiving Party, and (b) if the Party giving the Notice has complied with the requirements of this Section.  Notwithstanding the foregoing, legal notices to ShipMonk must be sent by postal mail to: ShipMonk, Inc., Attention: Legal Department, 201 NW 22nd Ave. Unit 100, Fort Lauderdale, FL 33311

**12.5 Conflict of Terms.** If there is a conflict between this Agreement and the terms of any air waybill, bill of lading or other transit documentation set forth by the contracted carrier, the carrier's terms will control. If not stated within the carrier's terms, this Agreement shall control.

**12.6 Attorneys' Fees and Costs.** In the event of a legal dispute, the prevailing Party shall have the right to collect from non-prevailing Party any reasonable costs and/or attorneys' fees incurred in enforcing this Agreement.

**12.7 Governing Law and Venue.** This Agreement and performance by the Parties hereunder shall be construed in accordance with the applicable laws of the State of Florida without regard to conflicts of laws provisions thereof, or, as appropriate, federal laws of the United States. Any action or proceeding arising from or relating to these terms must be brought in a federal or state court in Broward County, Florida. The Parties consent to the exclusive jurisdiction of, and venue in, the state and federal courts within Broward County, Florida. Notwithstanding the foregoing, ShipMonk may seek injunctive or other equitable relief to protect ShipMonk's intellectual property rights in any court of competent jurisdiction.

**12.8 Force Majeure.** Any delay or failure of either Party to perform its obligations under this Agreement will be excused to the extent that the delay or failure was caused directly by an event beyond such Party's control, without such Party's fault or negligence and that by its nature could not have been foreseen by such Party or, if it could have been foreseen, was unavoidable (which events may include natural



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640

DocuSign Envelope ID: 25E11499-B9C4-4153-951C-832E5D2355C2




+1 (855) 222-4601
info@shipmonk.com

disasters, embargoes, explosions, riots, wars or acts of terrorism) (each, a "Force Majeure Event"). Company's financial inability to perform, changes in cost or availability of materials, components or services, market conditions or Company actions or contract disputes will not excuse performance by Company under this Section. Company shall give ShipMonk prompt written Notice of any event or circumstance that is reasonably likely to result in a Force Majeure Event, and the anticipated duration of such Force Majeure Event. Company shall use all diligent efforts to end the Force Majeure Event, ensure that the effects of any Force Majeure Event are minimized and resume full performance under this Agreement.

If requested by ShipMonk, Company shall, within 30 days of such request, provide adequate assurances that a Force Majeure Event will not exceed 30 days. The rights granted to Company with respect to excused delays under this Section are intended to limit Company's rights under theories of force majeure, commercial impracticability, impracticability or impossibility of performance, or failure of presupposed conditions or otherwise, including any rights arising under the Florida Uniform Commercial Code or any similar statute or regulation.

*[Signature page to follow.]*



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640



+1 (855) 222-4601
info@shipmonk.com

**IN WITNESS WHEREOF**, this Agreement has been executed by the Parties' duly authorized officers as of the date first set forth above.

SHIPMONK:

By: _Kevin Sides_
      2B949715C42E4C0...

Date: 7/14/2021

Name: Kevin Sides

Title: CRO

Company: ShipMonk

COMPANY:

By: _Chris Cueto_
      8C6A1C7A647848E...

Date: 7/14/2021

Name: Chris Cueto

Title: CEO

Company: The Taste of Ink, LLC

3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640





+1 (855) 222-4601

info@shipmonk.com

## **EXHIBIT A**

## **ShipMonk Pricing**

See Attached

## **I acknowledge and agree to the Pricing displayed in Exhibit A**



DocuSigned by:

Chris Cueto

8C6A1C7A647848E...



3524 N Mike Daley Dr.
San Bernardino, CA 92407

201 NW 22nd Ave., Unit 100
Fort Lauderdale, FL 33311

285 Centerpoint Blvd
Pittston, PA, 18640



# eCommerce Fulfillment Pricing

The Taste Of Ink

for:

July 2021

date:



DocuSign Envelope ID: 2901110e90c5-415b9f0-043053023SC2

## Pick & pack based on ___10,000+___ orders per month

First Item Pick Fee*

Additional Items*

Promotional Inserts

Custom Packaging

## Shipping

See attached for our official shipping rates, which is an estimation and varies depending on the final size and weight of the package, zip code and carrier surcharges.

## Storage

Each product SKU will need its own unique bin location to track and pick items accurately.
Excess inventory can be stored on pallets and/or X-Large bins.

Small Bin   Medium Bin   Large Bin   X-Large Bin   Pallet

## Minimum pick and pack

We have no restrictions when it comes to the size of clients we are willing to work with, but there is a cost associated with running each account on our platform and the support we provide. That's why we have a minimum monthly pick fee, which is the greater of $10,400 or your monthly storage fee.

### Verified inventory

## Additional capabilities

Gift Messages

Fragile Wrapping

Special Handling/Custom Documents

Receiving of Cartons
(only applies to cartons with <6 handling units)

Non-palletized Container Unloading - 20'

Non-palletized Container Unloading - 40'

Returns Processing

Pick Up at ShipMonk

Third-Party Shipping Label

Bill to Third-Party

Duties & Taxes Payment Processing - under $1,000

Duties & Taxes Payment Processing - over $1,000

## Special projects

Special projects are one-off tasks that fall outside of the scope of the regular pick and pack process or subscription box kitting and assembly. They include jobs like counting inventory, labeling, repackaging and/or bagging products, quality control, and any other generic tasks.

Our special project fee is ▮▮▮▮▮. For larger or repetitive special projects, we recommend conducting a time study to determine how long the task should take and cost to complete.

Additional Costs:

## Packaging options    Pricing varies based on size.

Bubble Mailers

Poly Mailers

Corrugated Boxes

Pallets