# Exhibit "B"

62167114;1

**ShipMonk**
201 NW 22nd Ave, Unit 100
Fort Lauderdale, FL  33311 US
www.shipmonk.com



# Statement

**TO**
The Taste of Ink

**STATEMENT NO.** 5495
**DATE** 07/10/2023
**TOTAL DUE** $221,060.59
**ENCLOSED**

| DATE | ACTIVITY | AMOUNT | BALANCE |
|---|---|---|---|
| 12/30/2021 | Balance Forward |  | -4,272.36 |
| 12/31/2021 | Invoice #59072021122 | 17,252.34 | 12,979.98 |
| 01/14/2022 | Invoice #5907202211 | 174.01 | 13,153.99 |
| 01/31/2022 | Invoice #5907202212 | 11,315.15 | 24,469.14 |
| 02/14/2022 | Invoice #5907202221 | 216.15 | 24,685.29 |
| 02/28/2022 | Invoice #5907202222 | 11,148.72 | 35,834.01 |
| 03/14/2022 | Invoice #5907202231 | 236.19 | 36,070.20 |
| 03/31/2022 | Invoice #5907202232 | 11,194.26 | 47,264.46 |
| 04/14/2022 | Invoice #5907202241 | 228.71 | 47,493.17 |
| 04/30/2022 | Invoice #5907202242 | 11,260.07 | 58,753.24 |
| 05/14/2022 | Invoice #5907202251 | 288.74 | 59,041.98 |
| 05/31/2022 | Invoice #5907202252 | 11,233.85 | 70,275.83 |
| 06/14/2022 | Invoice #5907202261 | 298.23 | 70,574.06 |
| 06/30/2022 | Invoice #5907202262 | 11,229.20 | 81,803.26 |
| 07/14/2022 | Invoice #5907202271 | 260.32 | 82,063.58 |
| 07/31/2022 | Invoice #5907202272 | 11,239.09 | 93,302.67 |
| 08/14/2022 | Invoice #5907202281 | 258.34 | 93,561.01 |
| 08/31/2022 | Invoice #5907202282 | 11,245.04 | 104,806.05 |
| 09/14/2022 | Invoice #5907202291 | 259.40 | 105,065.45 |
| 09/30/2022 | Invoice #5907202292 | 11,231.64 | 116,297.09 |
| 10/14/2022 | Invoice #59072022101 | 279.49 | 116,576.58 |
| 10/31/2022 | Invoice #59072022102 | 11,259.64 | 127,836.22 |
| 11/14/2022 | Invoice #59072022111 | 286.22 | 128,122.44 |
| 11/30/2022 | Invoice #59072022112 | 11,261.85 | 139,384.29 |
| 12/14/2022 | Invoice #59072022121 | 289.42 | 139,673.71 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---|---|---|---|---|---|
| 11,997.11 | 11,577.10 | 11,562.85 | 11,576.52 | 174,347.01 | **$221,060.59** |

| DATE | ACTIVITY | AMOUNT | BALANCE |
|---|---|---:|---:|
| 12/31/2022 | Invoice #59072022122 | 11,284.14 | 150,957.85 |
| 01/14/2023 | Invoice #5907202311 | 291.60 | 151,249.45 |
| 01/31/2023 | Invoice #5907202312 | 11,282.96 | 162,532.41 |
| 02/14/2023 | Invoice #5907202321 | 293.21 | 162,825.62 |
| 02/28/2023 | Invoice #5907202322 | 11,226.93 | 174,052.55 |
| 03/14/2023 | Invoice #5907202331 | 294.46 | 174,347.01 |
| 03/31/2023 | Invoice #5907202332 | 11,282.06 | 185,629.07 |
| 04/14/2023 | Invoice #5907202341 | 294.46 | 185,923.53 |
| 04/30/2023 | Invoice #5907202342 | 11,266.34 | 197,189.87 |
| 05/14/2023 | Invoice #5907202351 | 296.51 | 197,486.38 |
| 05/31/2023 | Invoice #5907202352 | 11,283.39 | 208,769.77 |
| 06/14/2023 | Invoice #5907202361 | 293.71 | 209,063.48 |
| 06/30/2023 | Invoice #5907202362 | 11,249.85 | 220,313.33 |
| 07/14/2023 | Invoice #5907202371 | 747.26 | 221,060.59 |

| Current Due | 1-30 Days Past Due | 31-60 Days Past Due | 61-90 Days Past Due | 90+ Days Past Due | Amount Due |
|---:|---:|---:|---:|---:|---:|
| 11,997.11 | 11,577.10 | 11,562.85 | 11,576.52 | 174,347.01 | **$221,060.59** |