UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 0:23-cv-62037

BEDABOX LLC D/B/A SHIPMONK
INTERMEDIATE INC., a Florida Limited
Liability Company

       Plaintiff,

v.

TASTE OF INK, a California limited liability
company,

       Defendant.

_____/

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Bedabox LLC d/b/a Shipmonk ("Plaintiff"), by and through undersigned counsel and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby files its Notice of Voluntary Dismissal *Without Prejudice* of all claims asserted herein against Defendant Taste of Ink. Each party shall bear his, her, or its own attorneys' fees and costs.

DATED:  December 27, 2023

                                           Respectfully submitted,

                                           */s/ Nicole Villamar*
                                           Nicole Villamar, Esq.
                                           Florida Bar Number: 1010639
                                           Email:  nicole.villamar@akerman.com
                                           Email: Wendy.Gonzalez@akerman.com
                                           AKERMAN LLP
                                           201 E. Las Olas Boulevard, Suite 1800
                                           Fort Lauderdale, FL  33301
                                           Phone:  (954) 463-2700
                                           Fax:  (954) 463-2224

74199066;1

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on December 27, 2023, I electronically filed the foregoing with

the Clerk of the Court using the CM/ECF system which will serve an electronic copy to all counsel

of record.

/s/ Nicole Villamar
Nicole Villamar, Esq.

2

74199066;1